UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RX SAVINGS, LLC, et al., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 19-2439-DDC |
| ) | |
| DOUGLAS BESCH, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

In their July 23, 2020 motion to compel, defendants raised the applicability of attorney-client privilege over five e-mails on plaintiffs' privilege log.[1] On August 28, 2020, in an order ruling on the motion to compel, the court directed plaintiffs to produce the e-mails for *in camera* review.[2] Plaintiffs did so today. The e-mails are labeled CTRL00003987, CTRL00004665, CTRL00005105, CTRL0005792, and CTRL00006065.

The court's prior order analyzed and applied attorney-client privilege to eight e-mails between and among Dan Henry, Michael Rea, and Brandy Rea. After reviewing the content of these additional e-mails, the court finds the same privilege applies here. These e-mails similarly discuss the form and substance of the Unit Purchase Agreements that defendant Douglas Besch entered into in 2017. The substance of the e-mails constitutes

---

[1] ECF No. 128.

[2] ECF No. 152.

O:\ORDERS\19-2439-DDC-ORDER.DOCX

legal advice among the company's legal counsel and the company's board managers regarding the transactions. The court therefore agrees with plaintiffs that attorney-client privilege applies and will not direct plaintiffs to produce these five e-mails.

Dated August 31, 2020, in Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge